U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 25 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | No. 4:08CR40016-001 |
| | ) | 18 U.S.C. § 922(g)(1) |
| FREDERICK HORTON | ) | 18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury Charges:

On or about April 20, 2008, in the Western District of Arkansas, Texarkana Division, the defendant, **FREDERICK HORTON**, having been previously convicted of a crime punishable by imprisonment exceeding one year, knowingly possessed a firearm, specifically a Raven, .25 caliber handgun, serial number 450791, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A True Bill.

*Grand Jury Foreperson*
Foreperson

By:

ROBERT C. BALFE
UNITED STATES ATTORNEY

Clay Fowlkes
Assistant U. S. Attorney
Arkansas Bar No. 2003191
P. O. Box 1524
Fort Smith, AR 72902
(479) 783-5125