AO 442 (Rev. 5/85) Warrant for Arrest

# United States District Court
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

UNITED STATES OF AMERICA

v.

FREDERICK HORTON

**WARRANT FOR ARREST**

CASE NUMBER: 4:08CR40016-001

TO: The United States Marshal
and any other Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Frederick Horton**
<br>Name

and bring him forthwith to the nearest magistrate to answer an

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him with Felon in Possession of a Firearm

in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2)

| Christopher R. Johnson | U. S. DISTRICT CLERK |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | June 26, 2008        Fort Smith, Arkansas |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at _____   By _____
<br>Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name & Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

FORMS\WARRANT.IND